UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/23/2026

MOYA MORGAN,

                Plaintiff,

       -v-

JPMORGAN CHASE BANK, N.A.,

                Defendant.

**ORDER**

26-CV-3820 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' proposed stipulation. ECF No. 8. The requested extension is **GRANTED**. Defendant shall respond to the complaint by **July 1, 2026**.

**SO ORDERED.**

Dated: June 23, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge