UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/1/2026
```

MOYA MORGAN,

               Plaintiff,

    -v-

JPMORGAN CHASE BANK, N.A.,

               Defendant.

**ORDER**

26-CV-3820 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' stipulation.  ECF No. 10.  The requested extension is **GRANTED**.  Defendant shall respond to the complaint by **July 8, 2026**.

**SO ORDERED.**

Dated: July 1, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge