USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOYA MORGAN,<br>Plaintiff,<br>-v-<br>JPMORGAN CHASE BANK, N.A.,<br>Defendant. | **ORDER**<br>26-CV-3820 (JPC) (HJR) |

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on July 27, 2026 to discuss Defendant's anticipated motion to compel arbitration. For the reasons articulated at the conference, the Parties shall adhere to the following deadlines.

Defendant shall file its motion by **July 31, 2026**. Plaintiff shall file her response by **August 14, 2026.** Defendant shall file its reply within **one week** of Plaintiff's response appearing on the docket.

**SO ORDERED.**

Dated: July 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge