USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOYA MORGAN,

Plaintiff,

-v-

JPMORGAN CHASE BANK, N.A.,

Defendant.

**ORDER**

26-CV-3820 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Defendant's motion to compel arbitration. ECF No. 24. Exhibits 2 and 3 have been placed under seal based on a request from counsel. The Court is also in receipt of the redacted versions of the exhibits. ECF No. 26. In accordance with Rule II.G.1 of the undersigned's Individual Rules and Practices for Civil Cases, the information redacted appears to fall within the category of information that may be redacted without the Court's prior approval. Accordingly, the redactions are approved.

Plaintiff's deadline to respond to the motion to compel arbitration remains **August 14, 2026**. Defendant's reply remains due **one week** after Plaintiff's response appears on the docket.

**SO ORDERED.**

Dated: August 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge