USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOYA MORGAN,

Plaintiff,

-v-

JPMORGAN CHASE BANK, N.A.,

Defendant.

**ORDER**

26-CV-3820 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion seeking appointment of pro bono counsel. ECF No. 28. The motion is **DENIED** without prejudice.

The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts and present the case if unassisted by counsel. See *Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers*, 802 F.2d 58, 60–62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of the action, Plaintiff's motion for counsel is denied without prejudice to renewal at a later date.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28 as **DENIED**.

**SO ORDERED.**

Dated: August 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge